UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BRILLIANT OPTICAL SOLUTIONS, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 4:13CV780 RWS |
| CHARTER COMMUNICATIONS, INC., | ) ) ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

On October 22, 2013, I stayed this case for 30 days because the parties were negotiating a settlement of this matter [Doc #27]. In that same Order, I instructed the parties that, if they "have not dismissed this case by that time, they shall file a joint motion requesting the Court to lift the stay and to proceed with a scheduling conference in this matter." It has been well over the thirty-day settlement period, but the parties have failed to either dismiss this case pursuant to settlement or to file a joint motion in accordance with my Order.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file by **9:00 a.m. on December 23, 2013**, either a joint motion to dismiss or to lift the stay and proceed with a scheduling conference in this matter. **If the parties ignore this Order, sanctions will issue against both parties and their counsel.**

_/s/ Rodney W. Sippel_
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 18th day of December, 2013.